

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-20-00118-CV

**IN THE INTEREST OF Z.E.L.B.H.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01989
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Appellee's motion for extension of time is GRANTED. Appellee's brief was filed May 5, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court